AARON M. CLEFTON, Esq.  (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
DIANE WEBER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE WEBER,<br><br>      Plaintiff,<br><br>   v.<br><br>B.A.D. LLC dba BLUE STREAK TOWING; AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH,<br><br>      Defendants. | Case No. 4:23-cv-05496-KAW<br>Civil Rights<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH ONLY WITH PREJUDICE**<br><br>Action Filed: October 25, 2023 |

**STIPULATION**

Plaintiff DIANE WEBER ("Plaintiff") and Defendant AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH ("Defendant") – Plaintiff and Defendant together the "Parties" – hereby stipulate and request that pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice as to Defendant AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH. The stipulating Parties have reached a private settlement disposing of Plaintiff's claims as to Defendant AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH.

Plaintiff requests that the Court not dismiss the case as to Defendant B.A.D. LLC dba BLUE STREAK TOWING who has not yet appeared in this case.

**IT IS SO STIPULATED.**

Dated:  April 29, 2024					REIN & CLEFTON

						 */s/ Aaron M. Clefton*
						By:  AARON M. CLEFTON, ESQ.
						Attorneys for Plaintiff
						DIANE WEBER

Dated:  April 29, 2024					LEWIS BRISBOIS BISGAARD & SMITH LLP


						___*/s/ Genna Promnick-Pavlov*
						By: GENNA PROMNICK-PAVLOV, ESQ
						Attorneys for Defendant
						AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH

### **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on April 29, 2024, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Genna Promnick-Pavlov in the filing of this document.

						*/s/ Aaron Clefton*
						Aaron Clefton

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: May 1, 2024

_____
Honorable Kandis A. Westmore
U.S. Magistrate Judge