```
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA  94612
Telephone:    510/832-5001
Facsimile:    510/832-4787
info@reincleftonlaw.com
```

Attorneys for Plaintiff
DIANE WEBER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE WEBER,<br><br>    Plaintiff,<br><br>    v.<br><br>B.A.D. LLC dba BLUE STREAK TOWING,<br><br>    Defendant. | CASE NO. 4:23-cv-05496-KAW<br><u>Civil Rights</u><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that Plaintiff DIANE WEBER ("Plaintiff") voluntarily dismisses the above-entitled action pursuant to FRCP 41(a)(1)(i) with prejudice.  Plaintiff is dismissing this action because this matter has settled.  Plaintiff requests this dismissal be entered with prejudice.

Date: September 4, 2024                                    REIN & CLEFTON


                                                           */s/ Aaron M. Clefton*
                                                           By AARON M. CLEFTON, Esq.
                                                           Attorney for Plaintiff
                                                           DIANE WEBER